LAWRENCE COLLINS, etc., Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

FRANK O. DUNNING and Others, Appellants, v. BERNARD T. MORAN and Others, Defendants, Impleaded with MARIE GERALDINE MORAN, Respondent.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

GEORGE HASTAD, Appellant, v. ERNEST FINKBEINER, Respondent.— Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

RAGNA HASTAD, Appellant, v. ERNEST FINKBEINER, Respondent.— Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of CHARLES G. BARRY for Admission to the Bar.  (From the State of Massachusetts.) — Application granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of WILLIAM E. KELLY, County Clerk of Kings County, for an Order Directing the County Clerk of Kings County to Destroy Certain Papers, Books, etc.— Motion to confirm referee's report granted.  Submit order.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of GEORGE W. MARTIN and Others, as County Judges, Respondents, v. JOHN F. HYLAN, as Mayor, and Others, etc., Appellants.— Motion for leave to appeal to the Court of Appeals granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.  Settle order on notice.

In the Matter of the Application of PATRICK G. MCGARRY and Others, Respondents, v. WILLIAM E. WALSH and Others, Appellants.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.  Settle order on notice.

In the Matter of the Application of EUGENE MCGOVERN for Admission to the Bar.  (From the District of Columbia.) — Application granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Construction of the Last Will and Testament of SYBILLA M. SEIF, Deceased.  JOHN KURSTEINER, Appellant, v. LAURENCE B. HALLERAN and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of the BOARD OF TRANSPORTATION for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railroad Ought to Be Constructed and Operated.  Wyckoff Avenue, Long Island Railroad Right-of-Way and East New York Route.  (Route No. 80-B.) — Motion to confirm report of commissioners granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.  Settle order on notice.

RAY L. LEVITCH, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals granted.  Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.  Settle order on notice.

JOSEPH LO TUFO, Appellant, v. VALENTINE BANGERT, Respondent.— Motion

to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

JAMES D. McCLELLAND, JR., and Others, Appellants, v. E. MILDRED RUSSELL and Others, Respondents.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MARY C. MEANY, Appellant, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondent.— Motion for stay granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

P. CALTABELLOTTA CO., INC., Appellant, v. JAMES F. HICKMAN and Others, Respondents.— Motion for reargument of motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO BASKOWITZ, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARQUIS CURTIS, Appellant.— Motion that appeal be heard on original papers granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

DOMINICK RIVARA, Respondent, Appellant, v. JAMES STEWART & COMPANY, Appellant, Respondent, Impleaded with Another, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ. Settle order on notice.

MAX RUBIN, Respondent, v. MAX LENGER and Others, Appellants.— Satisfactory proof having been given that the omission to serve the notice of appeal on the attorney was inadvertent, the appellants may serve such notice within ten days, pursuant to section 107 of the Civil Practice Act. Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ANTHONY SCALA, Respondent, v. STUDEBAKER CORPORATION OF AMERICA, Appellant, Impleaded with Another, Defendant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

HERMAN SCHWARTZ, Respondent, v. EMMETT SPRAGUE, Appellant.— Motion to add case to the June calendar denied. The case may be placed upon the October term calendar. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

WILLIAM A. SINCLAIR, Respondent, v. QUEENS VILLAGE HOMES, INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days pending application to appeal to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MARY N. WHITE, Appellant, v. CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.